**Order filed, January 7, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01015-CV

_____

### CHARLES KENNEBREW, SR. AND ELITE PROTECTIVE SERVICES, LLC, Appellant

### V.

### MICHAEL R. HARRIS, Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-09593**

## ORDER

The reporter's record in this case was due **December 7, 2012**. *See* Tex. R. App. P. 35.1. On **December 7, 2012**, this court granted Kendra Garcia's motion to file the record on or before **January 2, 2012**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kendra Garcia**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Kendra Garcia** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM